FILED
WESTERN DISTRICT COURT
DISTRICT OF
2004 JUL 16 AM 9:48

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:03-CV-190-R

TERRY EMBRY, et al. PLAINTIFFS

v. **MEDIATOR'S REPORT TO THE COURT**

CONNECTICUT VALLEY ARMS, et al DEFENDANTS

* * * * * * *

John T. Ballantine, the undersigned Mediator, reports to the Court that mediation of this action occurred on July 1, 2004 and that the action has been settled.

It has been a pleasure to be of assistance to the Court, counsel and parties in the resolution of this dispute.

Respectfully submitted,

John T. Ballantine

John T. Ballantine, Mediator
1700 PNC Plaza
500 W. Jefferson Street
Louisville, KY 40202
(502) 582-1601

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served by mail upon:

Park L. Priest, Esq.
Kurt W. Maier, Esq.
English Lucas Priest & Owsley, LLP
1101 College Street
P. O. Box 770
Bowling Green, KY 42102-0770

Lynn C. Stidham, Esq.
Stidham & Associates, PSC
Two Paragon Center, Suite 320
2343 Alexandria Drive
Lexington, KY 40404

Charles D. Williams, Esq.
Williams & Williams
200 West Union Street
P. O. Box 157
Munfordville, KY 42765

James E. Singer, Esq.
Bovis, Kyle & Burch, LLC
53 Perimeter Center East, 3rd Floor
Atlanta, GA 30346-2298

V. Thomas Fryman, Jr., Esq.
Greenebaum Doll & McDonald, PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202

Mark T. Hayden, Esq.
Greenebaum Doll & McDonald, PLLC
2800 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

on this 6th day of July, 2004.

John T. Ballantine
John T. Ballantine, Mediator