UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

Case No.. 1:03CV-190-R

TERRY EMBRY, ET AL

VS.

CONNECTICUT VALLEY ARMS,
ET AL

ORDER OF DISMISSAL

The Court has been advised that parties have reached an amicable resolution of this case. The case is DISMISSED from the docket of the Court.

IT IS SO ORDERED.

This 19th day of July, 2004.

[signature]
THOMAS B. RUSSELL, JUDGE
UNITED STATES DISTRICT COURT

cc: Counsel

ENTERED
7-21-04
JEFFREY A. APPERSON, CLERK
BY [signature]
DEPUTY CLERK