UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:03-CV-190-R

TERRY EMBRY and
YULANDA EMBRY PLAINTIFFS

VS. **AGREED ORDER OF DISMISSAL**

CONNECTICUT VALLEY ARMS, D.C. 1980, INC.,
f/k/a CONNECTICUT VALLEY ARMS, INC.,
and DIKAR, S. COOP., LTDA. DEFENDANTS

By agreement of the parties hereto and the Court being sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that any and all claims asserted by the plaintiffs against the defendants be and are hereby DISMISSED WITH PREJUDICE, with each party to pay its respective costs.

This 18 day of Aug, 2004.

JUDGE
UNITED STATES DISTRICT COURT

HAVE SEEN AND AGREED:

Park L. Priest
Attorney for Plaintiffs

James E. Singer
Attorney for D.C. 1980, Inc. f/k/a Connecticut Valley Arms and Connecticut Valley Arms

V. Thomas Fryman
Attorney for Dikar S. Coop., LTDA

ENTERED
AUG 19 2004
JEFFREY A. APPERSON, CLERK
BY DEPUTY CLERK

Clerk's Distribution List:

Lynn C. Stidham
Stidham & Associates, PSC
Two Paragon Centre, Suite 320
2343 Alexandria Drive
Lexington, KY 40504

James E. Singer
Bovis, Kyle & Burch, LLC
53 Perimeter Center East, Third Floor
Atlanta, GA 30346-2298

V. Thomas Fryman, Jr.
Mark T. Hayden
John K. Bush
Greenebaum Doll & McDonald, PLLC
300 West Vine Street, Suite 1100
Lexington, KY 40507

Park L. Priest
English, Lucas, Priest & Owsley
1101 College Street
P. O. Box 770
Bowling Green, KY 42102-0770

Mr. Charles D. Williams
WILLIAMS & WILLIAMS
P.O. Box 157
200 W. Union Street
Munfordville, KY 42765